1  Craig J. Mariam (SBN: 10926)
   cmariam@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   300 S. 4th Street, Suite 1550
3  Las Vegas, NV 89101
   Telephone: (702) 577-9333
4  Facsimile: (877) 306-0043

5  Attorneys For Defendant
   NORTHSTAR LOCATION SERVICES, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Janis M. Pappa *formally known as* Janis M. Suarez, | CASE NO. 2:18-cv-01023-JAD-CWH |
| Plaintiff, | *Honorable Jennifer A. Dorsey* |
| vs. | *Magistrate Judge Carl W. Hoffman* |
| Northstar Location Services, LLC | **STIPULATION TO EXTEND TIME FOR DEFENDANT NORTHSTAR LOCATION SERVICES, LLC TO FILE AND SERVE RESPONSIVE PLEADING TO COMPLAINT** |
| Defendant. | |
| | (First Request) |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between Craig J. Mariam, Esq., of the law firm Gordon Rees Scully Mansukhani LLP, attorneys for defendant Northstar Location Services, LLC, and Michael Kind, Esq., of the law firm Kazerouni Law Group, APC, attorneys for plaintiff Janis M. Pappa, that the date for defendant Northstar Location Services, LLC to file and serve a responsive pleading to plaintiff's Complaint be extended through and including July 13, 2018. The reason for the request is that counsel for Northstar Location Services, LLC was only very recently retained, and requires additional time to prepare a responsive pleading to the Complaint. Additionally, the parties plan to engage in productive settlement discussions in an effort to avoid further litigation. As such, the parties require

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

additional time to engage in settlement negotiations, in the hopes of avoiding litigation altogether.

This is the parties' first request for an extension.

Respectfully submitted,

DATED this 29th of June, 2018                    DATED this 29th day of June, 2018

 */s/ Michael Kind*                                */s/ Craig J. Mariam*
MICHAEL KIND, ESQ.                              CRAIG J. MARIAM, ESQ.
Nevada Bar # 13903                              SBN: 10926
KAZEROUNI LAW GROUP, APC                        GORDON REES SCULLY MANSUKHANI, LLP
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148                             300 S. 4th Street, Suite 1550
Attorneys for Plaintiff                         Las Vegas, NV 89101
                                                Attorneys for Defendant
                                                Northstar Location Services, LLC

## ATTESTATION REGARDING SIGNATURES

I certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 29, 2018                             */s/ Craig J. Mariam*
                                                CRAIG J. MARIAM

**IT IS SO ORDERED.**

Dated: July 2, 2018
                                                _____
                                                UNITED STATES MAGISTRATE JUDGE

1 Craig J. Mariam (SBN: 10926)
cmariam@grsm.com
2 GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
3 Las Vegas, NV 89101
Telephone: (702) 577-9333
4 Facsimile: (877) 306-0043

5 Attorneys For Defendant
NORTHSTAR LOCATION SERVICES, LLC
6

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

| 10 | Janis M. Pappa *formally known as* Janis M. Suarez, | ) | CASE NO. 2:18-cv-01023-JAD-CWH |
|---|---|---|---|
| 11 | Plaintiff, | ) | |
| 12 | vs. | ) | **PROOF OF SERVICE** |
| 13 | Northstar Location Services, LLC | ) | |
| 14 | Defendant. | ) | |

15

16 **PROOF OF SERVICE**

17 I am a resident of the State of California, over the age of eighteen years, and not a party

18 to the within action. One of my business addresses is: Gordon Rees Scully Mansukhani, LLP,

19 300 S. 4th Street, Suite 1550, Las Vegas, NV 89101. On June 29, 2018, I served the within

20 document:

21 **1. STIPULATION TO EXTEND TIME FOR DEFENDANT NORTHSTAR LOCATION SERVICES, LLC TO FILE AND SERVE RESPONSIVE PLEADING TO COMPLAINT**
22

23 ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
24 ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
25

26 ☐ BY UNITED STATES MAIL. By placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.
27

28

-1-
PROOF OF SERVICE

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of GORDON REES SCULLY MANSUKHANI, LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Express Mail by U.S. post office as part of the ordinary business practices of GORDON REES SCULLY MANSUKHANI, LLP described below, addressed as follows:

☑ **BY ELECTRONIC FILING**. I hereby certify that on **June 29, 2018,** a copy of the foregoing documents were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Michael Kind<br>KAZEROUNI LAW GROUP, APC<br>6069 S. Fort Apache Rd., Suite 100<br>Las Vegas, NV 89148<br>Tel: (800) 400-6808 x7<br>Fax: (800) 520-5523<br>mkind@kazlg.com<br><br>David H. Krieger<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue Suite 350<br>Henderson, NV 89123<br>Tel: (702) 880-5554<br>Fax: (702) 385-5518<br>dkrieger@hainesandkrieger.com | ***Attorneys for Plaintiff*** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 29, 2018.

*Jeanne P. Farrar*
_____
Jeanne P. Farrar