1 Craig J. Mariam (SBN: 10926)
cmariam@grsm.com
2 GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
3 Las Vegas, NV 89101
Telephone: (702) 577-9333
4 Facsimile: (877) 306-0043

5 Attorneys For Defendant
NORTHSTAR LOCATION SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Janis M. Pappa *formally known as* Janis M. Suarez, | CASE NO. 2:18-cv-01023-JAD-CWH |
| Plaintiff, | *Honorable Jennifer A. Dorsey* |
| vs. | *Magistrate Judge Carl W. Hoffman* |
| Northstar Location Services, LLC | **STIPULATION TO EXTEND TIME FOR DEFENDANT NORTHSTAR LOCATION SERVICES, LLC TO FILE AND SERVE RESPONSIVE PLEADING TO COMPLAINT** |
| Defendant. | |
| | (Second Request) |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between Craig J. Mariam, Esq., of the law firm Gordon Rees Scully Mansukhani LLP, attorneys for defendant Northstar Location Services, LLC, and Michael Kind, Esq., of the law firm Kazerouni Law Group, APC, attorneys for plaintiff Janis M. Pappa, that the date for defendant Northstar Location Services, LLC to file and serve a responsive pleading to plaintiff's Complaint be extended through and including August 3, 2018. The reason for the request is that the parties are engaged in productive settlement discussions. Settlement is a near term potential if the parties are allowed to save costs at this point and concentrate on resolution rather than pre-trial litigation. As such, the parties require additional time to engage in settlement negotiations, in the hopes of avoiding
-1-
STIPULATION TO EXTEND TIME FOR DEFENDANT NORTHSTAR LOCATION SERVICES, LLC TO FILE
AND SERVE RESPONSIVE PLEADING TO COMPLAINT

litigation altogether.

This is the parties' second request for an extension.

Respectfully submitted,

DATED this 11th day of July, 2018

 /s/ Michael Kind
MICHAEL KIND, ESQ.
Nevada Bar # 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Attorneys for Plaintiff

DATED this 11th day of July, 2018

 /s/ Craig J. Mariam
CRAIG J. MARIAM, ESQ.
SBN: 10926
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Attorneys for Defendant
Northstar Location Services, LLC

## **ATTESTATION REGARDING SIGNATURES**

I certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 11, 2018

 /s/ Craig J. Mariam
CRAIG J. MARIAM

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION TO EXTEND TIME FOR DEFENDANT NORTHSTAR LOCATION SERVICES, LLC TO FILE AND SERVE RESPONSIVE PLEADING TO COMPLAINT